UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

AMANDA U. LEVY,

        Plaintiff/Petitioner(s),

-against-

NBC UNIVERSAL,

        Defendant/Respondent(s).
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 12, 2013
```

ORDER GRANTING IFP APPLICATION

13 Civ. 948 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA
                                         Chief United States District Judge

Dated: March 12, 2013
        New York, New York